IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID H. MARION, RECEIVER** | : | **CIVIL ACTION** |
| **for BENTLEY FINANCIAL** | : | |
| **SERVICES, INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HARTFORD FIRE INSURANCE CO.** | : | No. 06-4666 |

# ORDER

**AND NOW,** this 26th day of January 2012, upon consideration of the parties' motions, and the responses thereto, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 48) is **GRANTED**.

2. Plaintiff's Cross Motion for Summary Judgment (Doc. No. 65) is **DENIED**.

3. Defendant's Motion for Leave to Amend (Doc. No. 70) is **DENIED** as moot.

The Clerk is directed to enter judgment in favor of Defendant, Hartford Insurance Co., and against Plaintiff, David H. Marion, Receiver for Bentley Financial Services, Inc.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**